# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:17-cr-0077-JCM-NJK |
| | ) | **ORDER** |
| v. | ) | |
| JOHN AMARALABORDE, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is an order to show cause why the stipulated protective order with respect to Defendant Faris should not be vacated. Docket No. 33. The response thereto also seeks reconsideration of the Court's denial of the stipulated protective order with respect to Defendant Amaralaborde. *See* Docket No. 34 at 7; *see also* Docket No. 32 (order denying without prejudice stipulated protective order). The Court hereby **SETS** a hearing for both the order to show cause and the request for reconsideration for 9:00 a.m. on May 9, 2017, in Courtroom 3D.

IT IS SO ORDERED

Dated: May 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge