# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff(s), ) ) | Case No. 2:17-cr-0077-JCM-NJK |
| v. ) | **ORDER** |
| JOHN AMARALABORDE, et al., ) ) | |
| Defendant(s). ) | |

    Due to conflicting duties of the Court, the hearing set for May 9, 2017 is ADVANCED in time only to 8:30 a.m.

    IT IS SO ORDERED

    Dated: May 4, 2017

                                  NANCY J. KOPPE
                                  United States Magistrate Judge